LEWADAG *v.* THE STATE.

ERROR to the *Jefferson* Circuit Court.

STUART, J.—This case falls within the rule in *Hare* v. *The State, ante,* p. 241.

The position that the license from the city of *Madison* authorized him to sell is untenable. *Sloan* v. *The State,* 8 Blackf. 361.

*J. R. Troxell,* for the plaintiff.

*D. S. Gooding,* for the state.